UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07CIV8731

NANCY DWYER AND VINCENT DWYER, JR. HER HUSBAND

, Plaintiff(s)

- against -

MERCK & CO., INC

, Defendant(s)

State of New York   )
                    )  SS.:
County of New York  )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 10/24/2007 at 12:43 PM at:
    CT CORPORATION SYSTEMS
    111 EIGHTH AVENUE,
    NEW YORK NY 10011
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT

on MERCK & CO.

a domestic and/or foreign corporation
by delivering thereat a true copy to sattae Jarm
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
process especislist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38   HEIGHT: 6'0''   WEIGHT: 140   HAIR: BLACK   RACE: LT BROWN   SEX: FEMALE

Yariela Gonzales   License #1260358

SWORN TO BEFORE ME 10-25-07

OUR DOC# 19780
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000831

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
New York County

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011