# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

### APPEARANCE

Nancy Dwyer and Vincent Dwyer, Jr.,

    Plaintiffs,

v.

Merck & Co., Inc.,

    Defendant.

MASTER FILE: 1:06-MD-1789-JFK

Case No.: 1:07-cv-08731-JFK

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiffs, Nancy Dwyer and Vincent Dwyer, Jr.

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 17th day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax