# UNITED STATES DISTRICT COURT

____SOUTHERN____  DISTRICT OF  ____NEW YORK____

**APPEARANCE**

Nancy Dwyer and Vincent Dwyer, Jr.,

    Plaintiffs,

MASTER FILE: 1:06-MD-1789-JFK

v.

Case No.: 1:07-cv-08731-JFK

Merck & Co., Inc.,

    Defendant.

---

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiffs, Nancy Dwyer and Vincent Dwyer, Jr.

I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this __18__ day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax